IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: LABRIA HALL | ) | NO:  20-MJ-7127-MAB |
| | ) | |
| WITNESS BEFORE | ) | |
| THE GRAND JURY | ) | |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| | ) | |

## PETITION FOR COURT ORDER DIRECTING WARRANT TO ISSUE FOR ARREST OF GRAND JURY WITNESS WHO FAILED TO APPEAR, AS ORDERED

The United States, through the United States Attorney for the Southern District of Illinois, petitions the Court for an Order directing the Clerk of this Court to issue a warrant for the arrest of LABRIA HALL who was personally served with subpoena on June 17, 2020, to appear before the Grand Jury of the United States District Court for the Southern District of Illinois, on the 23rd day of June, 2020, and who failed to appear, as ordered[1],

1. The Grand Jury for the Southern District of Illinois, East St. Louis Division, is now conducting an investigation of alleged illegal activities in this District; said investigation involves possible violations of Felon in Possession of a Firearm by L. B.  Labria Hall has been subpoenaed, aforesaid, by said Grand Jury and is not a potential defendant in its investigation.

2. It is essential and necessary to the aforesaid Grand Jury investigation that Labria Hall appear and testify before the Grand Jury as to matters within her knowledge.  Ms. Hall, the potential defendant, and a third person are the only persons present during the alleged crime.

WHEREFORE, the United States Attorney prays that this Court

---

[1] Ms. Hall received a previous subpoena for May 19, 2020 and knew the investigation existed.

enter an Order directing the Clerk of this Court to issue a warrant for the arrest of Labria Hall and that the United States Marshal for the Southern District of Illinois thereupon bring the said Labria Hall before this Court.

                Respectfully submitted,

                STEVEN D. WEINHOEFT
                United States Attorney

                Jennifer Hudson
                Assistant United States Attorney
                Nine Executive Drive
                Fairview Heights, IL  62208
                (618) 628-3700